IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | Case No. CR417-208-17 |
| | ) | |
| SHAUNTE STAFFORD | ) | |

### ORDER

Before the Court is Defendant Shaunte Stafford's Motion to Release Funds. (Document 383). After careful consideration, Defendant's motion is **GRANTED**.

**IT IS HEREBY ORDERED** that the Clerk of the United States District Court for the Southern District of Georgia shall cancel the appearance bond on behalf of Defendant and exonerate the obligor thereon.

The Clerk is hereby **DIRECTED** to return the $1,000.00, with any accrued interest to: Shavatica Orr, 20 Red Robin Court, Port Wentworth, Georgia 31407.

**SO ORDERED**, this 21st day of May 2018.

WILLIAM T. MOORE, JR., JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

U. S. DISTRICT COURT
Southern District of Ga.
Filed in Office
5/21/2018 M
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| United States of America ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| vs. ) | CASE NUMBER : CR417-208-17 |
| ) | |
| Shaunta Stafford ) | |
| ) | |
| Defendant ) | |

## CLERK'S CERTIFICATE/ORDER

The Clerk hereby certifies that __Shavatica Shanell Orr__ has deposited with the Court the sum of $ __1000.00__ under F.R.Cv.P. 67. The money, designated as Registry funds, is hereby ORDERED to be deposited in an interest bearing account in accordance with the general order of this Court, entered September 23, 1983.

DONE this __17th__ day of __August__, __2017__, by Order of this Court.

SCOTT L. POFF , CLERK

By: _Walker Burkett_
Deputy Clerk

(Rev. 9/02)